UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ZHE YANG,

                                    Plaintiff(s),

     -against-

GREYHOUND LINES INC.

                                    Defendant.
-----------------------------------------------------------------------X

STATEMENT PURSUANT TO RULE 7.1

Jury Trial Demanded

Docket No.:
07 CIV 6499

       Pursuant to Rule 7.1 of the Local Rules of the United States District Court, Southern District of New York and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, GREYHOUND LINES, INC., a private non-governmental party, certifies the following are corporate parents, subsidiaries, and/or affiliates of said parties which are publicly held:

       Laidlaw Transportation Holdings, Inc.
       American Bus Sales Associates, Inc.
       Americanos U.S.A., L.L.C.
       Autobuses Americanos, S.A. de C.V.
       Autobuses Amigos, L.L.C.
       Autobuses Amigos, S.A. de C.V.
       Autobuses Crucero, S.A. de C.V.
       Gateway Ticketing Systems, Inc.
       Gonzalez, Inc. d/b/a Golden State Transportation
       Greyhound Transit Ltd.
       Omnibus Americanos, S.A. de C.V.
       Transportation Realty Income Partners, L.P.
       Union Bus Station of Oklahoma City, Oklahoma
       Wilmington United Bus Station Corporation

Dated: New York, New York
          July 16, 2006

                        By:         /s/
                             BRIAN DONNELLY, ESQ. (BJD- 4759)
                             Ahmuty, Demers & McManus, Esqs.
                             Attorneys for Defendants, GREYHOUND LINES, INC.
                             123 William Street, 27th Floor
                             New York, New York  10038
                             (212) 513-7788
                             Our File No.:  GRH 0754N7 BJD