## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
: SS.:
COUNTY OF NEW YORK )

CHRISTINE LOCKLIN, being duly sworn deposes and says that deponent is not a party to this action is over 18 years of age and resides in East Islip, New York.

That on the 19th day of July, 2007 deponent serve the within STATEMENT PURSUANT TO RULE 7.1 and PETITION FOR REMOVAL upon:

THE LAW FIRM OF JEFFREY LESSOFF
ATTORNEYS FOR PLAINTIFF
350 BROADWAY, SUITE 703
NEW YORK, NEW YORK 10013

the attorneys for the respective party, hereto at the address designated by them for that purpose, by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
CHRISTINE LOCKLIN

SWORN BEFORE ME THIS
19th DAY OF JULY, 2007

_____

THERESA FIELDS
Notary Public, State of New York
No. 24-5011121
Qualified in Kings County
Commission Expires April 12, 2011