UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ZHE YANG,

                                     Plaintiff,

     -against-

GREYHOUND LINES, INC.

                                   Defendant.
------------------------------------------------------------------X

**JURY DEMAND**

Docket No.:  07 CIV 6499

Jury Trial Demanded

ECF Case

      PLEASE TAKE NOTICE, that the undersigned demands a trial by a jury composed of 6 persons in the above entitled action.

Dated: New York, New York
       July 20, 2007

                        By:  _____
                               BRIAN DONNELLY, ESQ.  (4759)
                               AHMUTY, DEMERS & McMANUS, ESQS.
                               Attorneys for Defendant
                               **GREYHOUND LINES, INC.**
                               123 William Street, 26th Floor
                               New York, New York  10038
                               (212) 513-7788
                               Our File No.:  GRH 0754N7 BJD