UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ZHE YANG,

                          Plaintiff,

    -against-

GREYHOUND LINES, INC.

                         Defendant.
------------------------------------------------------------------X

**JURY DEMAND**

Docket No.:  07 CIV 6499

Jury Trial Demanded

ECF Case

      PLEASE TAKE NOTICE, that the undersigned demands a trial by a jury composed of 6 persons in the above entitled action.

Dated: New York, New York
       July 20, 2007

By: _____
BRIAN DONNELLY, ESQ.  (4759)
AHMUTY, DEMERS & McMANUS, ESQS.
Attorneys for Defendant
**GREYHOUND LINES, INC.**
123 William Street, 26th Floor
New York, New York  10038
(212) 513-7788
Our File No.: GRH 0754N7 BJD