# AHMUTY, DEMERS & MCMANUS
### ATTORNEYS AT LAW
200 I. U. WILLETS ROAD
ALBERTSON, NEW YORK 11507

(516) 294-5433
FACSIMILE (516) 294-5387

750 ROANOKE AVENUE
RIVERHEAD NEW YORK 11901
(631)727-2340

689 MAMARONECK AVENUE
MAMARONECK, NEW YORK 10543
(914) 835-5388

123 WILLIAM STREET
NEW YORK, NEW YORK 10038
(212) 513-7788

65 MADISON AVENUE, SUITE 100
MORRISTOWN, NEW JERSEY 07960
(973) 993-1999

November 12, 2007

**VIA ECF**

Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

      Re:    Zhe Yang v. Greyhound Lines, Inc.
             Docket No.  :    07 Civ. 6499 (CM) (DCF)
             Our File No.  :    GRH 0754N7 BJD

Dear Judge McMahon:

This office represents defendant Greyhound Lines, Inc. in the above-referenced matter.

Please be advised that this matter has settled for the total sum of $5,500 and in furtherance of the settlement, plaintiff has discontinued all claims against my client. Upon execution of final settlement papers, we will file same with the Court.

Thank you for your attention to the foregoing and should you have any questions, please feel free to call me at (646) 536-5783.

Respectfully Submitted,

BRIAN J. DONNELLY
(646) 536-5783

BJD/kc

cc:    The Law Firm of Jeffrey Lessoff
        350 Broadway, Suite 703
        New York, New York 10013
        Attn:   Jeffrey Lessoff, Esq.
        VIA FACSIMILE (212) 226-4005