**AHMUTY, DEMERS & MCMANUS**

ATTORNEYS AT LAW
200 I. U. WILLETS ROAD
ALBERTSON, NEW YORK 11507

(516) 294-5433

FACSIMILE (516) 294-5387

750 ROANOKE AVENUE
RIVERHEAD NEW YORK 11901
(631)727-2340

689 MAMARONECK AVENUE
MAMARONECK, NEW YORK 10543
(914) 835-5388

123 WILLIAM STREET
NEW YORK, NEW YORK 10038
(212) 513-7788

65 MADISON AVENUE, SUITE 100
MORRISTOWN, NEW JERSEY 07960
(973) 993-1999

December 18, 2007

**VIA ECF**

Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

    Re:    Zhe Yang v. Greyhound Lines, Inc.
           Docket No.  :    07 Civ. 6499 (CM) (DCF)
           Our File No.  :    GRH 0754N7 BJD

Dear Judge McMahon:

This office represents defendant Greyhound Lines, Inc. in the above-referenced matter.

As the Court is aware, the above matter settled for $5,500. I sent the attached letter to plaintiff's counsel on November 12, 2007 confirming the settlement and requesting closing papers.

To date, I have not received the closing documents nor any word from plaintiff's counsel as to when they can be expected.

While I am reluctant to involve the Court in what should be a very simple matter, the history of this case suggests no other course of action.

I await the Court's advice as to how this matter can be brought to a prompt conclusion.

Thank you for your attention to the foregoing and should you have any questions, please feel free to call me at (646) 536-5783.

Respectfully Submitted,


BRIAN J. DONNELLY
(646) 536-5783

BJD/CL

Re:    Zhe Yang v. Greyhound Lines, Inc.
       Docket No.   :   07 Civ. 6499 (CM) (DCF)
       Our File No.  :   GRH 0754N7 BJD                       Page 2

cc:    The Law Firm of Jeffrey Lessoff
       350 Broadway, Suite 703
       New York, New York 10013
       Attn:   Jeffrey Lessoff, Esq.
       VIA FACSIMILE (212) 226-4005