# AHMUTY, DEMERS & MCMANUS

ATTORNEYS AT LAW
200 I. U. WILLETS ROAD
ALBERTSON, NEW YORK 11507

750 ROANOKE AVENUE
RIVERHEAD NEW YORK 11901
(631)727-2340

123 WILLIAM STREET
NEW YORK, NEW YORK 10038
(212) 513-7788

689 MAMARONECK AVENUE
MAMARONECK, NEW YORK 10543
(914) 835-5388

(516) 294-5433

FACSIMILE (516) 294-5387

65 MADISON AVENUE, SUITE 100
MORRISTOWN, NEW JERSEY 07960
(973) 993-1999

November 12, 2007

**VIA FACSIMILE (212) 226-4005
& REGULAR MAIL**

The Law Firm of Jeffrey Lessoff
350 Broadway, Suite 703
New York, New York 10013
Attn:   Jeffrey Lessoff, Esq.

    Re:   Zhe Yang v. Greyhound Lines, Inc.
             Our File No.:  GRH 0754N7 BJD

Dear Mr. Lessoff:

Please allow this to confirm that the above matter is settled for the total sum of $5,500.  Please forward an original general release and stipulation of discontinuance releasing Greyhound Lines, Inc.  Please add to the face of the general release the following:

> "The plaintiff agrees to hold the defendants and their carriers harmless from any and all liens, known or unknown.  Plaintiff further agrees to hold the defendants harmless from any and all bills for medical treatment whether they have been paid or remain unpaid".

In addition, I enclose herewith a Greyhound W-9 form.  Please fill out same, sign and fax back to me at (212) 349-3257 along with a copy of this correspondence agreeing to the above settlement as soon as possible.

Very truly yours,


BRIAN J. DONNELLY
(646) 536-5783

BJD/kc

Encl.

Agreed to by: _____
                The Law Firm of Jeffrey Lessoff