JS 44C/SDNY
REV. 12/2005

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS  ZHE YNAG

DEFENDANTS  GREYHOUND LINES, INC.

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
Law Firm of Jeffrey Lessoff, 350 Broadway, Ste. 703,
New York, NY 10013 (212) 219-9257

ATTORNEYS (IF KNOWN)
Ahmuty, Demers & McManus, Esqs., 123 William Street,
New York, NY 10038  (212) 513-7788

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
28 U.S.C. 1332 - personal injuries as a result of plaintiff's altercation with defendant's employees while boarding bus.

Has this or a similar case been previously filed in SDNY at any time? No [X]  Yes? [ ]   Judge Previously Assigned

If yes, was this case  Vol.[ ]  Invol. [ ]   Dismissed.  No [ ]  Yes [ ]   If yes, give date _____ & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)                              NATURE OF SUIT

                                                            ACTIONS UNDER STATUTES

**TORTS**                                                   **FORFEITURE/PENALTY**       **BANKRUPTCY**              **OTHER STATUTES**

**CONTRACT**         **PERSONAL INJURY**   **PERSONAL INJURY**
[ ] 110 INSURANCE    [ ] 310 AIRPLANE      [ ] 362 PERSONAL INJURY -   [ ] 610 AGRICULTURE        [ ] 422 APPEAL              [ ] 400 STATE
[ ] 120 MARINE       [ ] 315 AIRPLANE PRODUCT        MED MALPRACTICE   [ ] 620 FOOD & DRUG               28 USC 158                  REAPPORTIONMENT
[ ] 130 MILLER ACT           LIABILITY     [ ] 365 PERSONAL INJURY     [ ] 625 DRUG RELATED       [ ] 423 WITHDRAWAL          [ ] 410 ANTITRUST
[ ] 140 NEGOTIABLE   [ ] 320 ASSAULT, LIBEL &        PRODUCT LIABILITY         SEIZURE OF                28 USC 157          [ ] 430 BANKS & BANKING
        INSTRUMENT           SLANDER       [ ] 368 ASBESTOS PERSONAL           PROPERTY                                      [ ] 450 COMMERCE/ICC
[ ] 150 RECOVERY OF  [ ] 330 FEDERAL               INJURY PRODUCT               21 USC 881                                           RATES/ETC
        OVERPAYMENT &        EMPLOYERS'            LIABILITY           [ ] 630 LIQUOR LAWS        **PROPERTY RIGHTS**         [ ] 460 DEPORTATION
        ENFORCEMENT OF       LIABILITY                                 [ ] 640 RR & TRUCK                                     [ ] 470 RACKETEER INFLU-
        JUDGMENT     [ ] 340 MARINE         **PERSONAL PROPERTY**      [ ] 650 AIRLINE REGS       [ ] 820 COPYRIGHTS                  ENCED & CORRUPT
[ ] 151 MEDICARE ACT [ ] 345 MARINE PRODUCT                            [ ] 660 OCCUPATIONAL       [ ] 830 PATENT                      ORGANIZATION ACT
[ ] 152 RECOVERY OF          LIABILITY     [ ] 370 OTHER FRAUD                 SAFETY/HEALTH      [ ] 840 TRADEMARK                   (RICO)
        DEFAULTED    [ ] 350 MOTOR VEHICLE [ ] 371 TRUTH IN LENDING    [ ] 690 OTHER                                          [ ] 480 CONSUMER CREDIT
        STUDENT LOANS[ ] 355 MOTOR VEHICLE [ ] 380 OTHER PERSONAL                                                             [ ] 490 CABLE/SATELLITE TV
        (EXCL VETERANS)      PRODUCT LIABILITY       PROPERTY DAMAGE   **LABOR**                  **SOCIAL SECURITY**         [ ] 810 SELECTIVE SERVICE
[ ] 153 RECOVERY OF  [x] 360 OTHER PERSONAL[ ] 385 PROPERTY DAMAGE                                                            [ ] 850 SECURITIES/
        OVERPAYMENT OF       INJURY                PRODUCT LIABILITY   [ ] 710 FAIR LABOR         [ ] 861 MIA (1395FF)                COMMODITIES/
        VETERAN'S BENEFITS                                                     STANDARDS ACT      [ ] 862 BLACK LUNG (923)            EXCHANGE
[ ] 160 STOCKHOLDERS SUITS                                             [ ] 720 LABOR/MGMT         [ ] 863 DIWC (405(g))       [ ] 875 CUSTOMER
[ ] 190 OTHER CONTRACT                                                         RELATIONS          [ ] 863 DIWW (405(g))               CHALLENGE
[ ] 195 CONTRACT PRODUCT                                               [ ] 730 LABOR/MGMT         [ ] 864 SSID TITLE XVI              12 USC 3410
        LIABILITY                                                              REPORTING &        [ ] 865 RSI (405(g))        [ ] 891 AGRICULTURE ACTS
[ ] 196 FRANCHISE                                                              DISCLOSURE ACT                                 [ ] 892 ECONOMIC
                                                                       [ ] 740 RAILWAY LABOR ACT  **FEDERAL TAX SUITS**               STABILIZATION ACT
                             **ACTIONS UNDER STATUTES**                [ ] 790 OTHER LABOR                                    [ ] 893 ENVIRONMENTAL
**REAL PROPERTY**    **CIVIL RIGHTS**       **PRISONER PETITIONS**             LITIGATION         [ ] 870 TAXES                       MATTERS
                                                                       [ ] 791 EMPL RET INC       [ ] 871 IRS-THIRD PARTY     [ ] 894 ENERGY
[ ] 210 LAND CONDEMNATION [ ] 441 VOTING    [ ] 510 MOTIONS TO                 SECURITY ACT               20 USC 7609                 ALLOCATION ACT
[ ] 220 FORECLOSURE  [ ] 442 EMPLOYMENT             VACATE SENTENCE                                                           [ ] 895 FREEDOM OF
[ ] 230 RENT LEASE & [ ] 443 HOUSING                28 USC 2255                                                                       INFORMATION ACT
        EJECTMENT            ACCOMMODATIONS [ ] 530 HABEAS CORPUS                                                             [ ] 900 APPEAL OF FEE
[ ] 240 TORTS TO LAND[ ] 444 WELFARE        [ ] 535 DEATH PENALTY                                                                     DETERMINATION
[ ] 246 TORT PRODUCT [ ] 445 AMERICANS WITH [ ] 540 MANDAMUS & OTHER                                                                  UNDER EQUAL ACCESS
        LIABILITY            DISABILITIES - [ ] 550 CIVIL RIGHTS                                                                      TO JUSTICE
[ ] 290 ALL OTHER            EMPLOYMENT     [ ] 555 PRISON CONDITION                                                          [ ] 950 CONSTITUTIONALITY
        REAL PROPERTY[ ] 446 AMERICANS WITH                                                                                           OF STATE STATUTES
                             DISABILITIES -OTHER                                                                              [ ] 890 OTHER STATUTORY
                     [ ] 440 OTHER CIVIL RIGHTS                                                                                       ACTIONS

Check if demanded in complaint: _____

CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

DEMAND $_____  OTHER _____   JUDGE _____ DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [X] NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

(PLACE AN x IN ONE BOX ONLY) **ORIGIN**

- [ ] 1 Original Proceeding
- [x] 2a. Removed from State Court
- [ ] 2b. Removed from State Court AND at least one party is a pro se litigant
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judge Judgment

(PLACE AN x IN ONE BOX ONLY) **BASIS OF JURISDICTION**   IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1332, 1441)

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [x] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**
(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [x] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [x] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Zhe Yang
111 McDougal Street, #10
New York, New York 10012
New York County, NY

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Greyhound Lines, Inc.
15110 Dallas Parkway, 5th Floor
Dallas, Texas 75248
Dallas County, TX

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one: THIS ACTION SHOULD BE ASSIGNED TO: [ ] WHITE PLAINS   [x] FOLEY SQUARE
(DO NOT check either box if this a PRISONER PETITION.)

DATE July 16, 2007   SIGNATURE OF ATTORNEY OF RECORD
RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. 02 Yr. 1989)
Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ZHE YANG,

                Plaintiff(s),

-against-

GREYHOUND LINES INC.

                Defendant.
---------------------------------------------------------------X

**STATEMENT PURSUANT TO RULE 7.1**

Jury Trial Demanded

07 CIV 6499

JUDGE McMAHON

Pursuant to Rule 7.1 of the Local Rules of the United States District Court, Southern District of New York and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, GREYHOUND LINES, INC., a private non-governmental party, certifies the following are corporate parents, subsidiaries, and/or affiliates of said parties which are publicly held:

Laidlaw Transportation Holdings, Inc.
American Bus Sales Associates, Inc.
Americanos U.S.A., L.L.C.
Autobuses Americanos, S.A. de C.V.
Autobuses Amigos, L.L.C.
Autobuses Amigos, S.A. de C.V.
Autobuses Crucero, S.A. de C.V.
Gateway Ticketing Systems, Inc.
Gonzalez, Inc. d/b/a Golden State Transportation
Greyhound Transit Ltd.
Omnibus Americanos, S.A. de C.V.
Transportation Realty Income Partners, L.P.
Union Bus Station of Oklahoma City, Oklahoma
Wilmington United Bus Station Corporation

Dated: New York, New York
      July 16, 2006

By: _____
BRIAN DONNELLY, ESQ. (BJD-4759)
Ahmuty, Demers & McManus, Esqs.
Attorneys for Defendants, GREYHOUND LINES, INC.
123 William Street, 27th Floor
New York, New York 10038
(212) 513-7788
Our File No.: GRH 0754N7 BJD

[RECEIVED JUL 18 2007 U.S.D.C. S.D.N.Y. CASHIERS]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ZHE YANG,                                                                              PETITION
                                                                                                   FOR REMOVAL
                                                    Plaintiff(s),
        -against-
                                                                                                   Jury Trial Demanded
GREYHOUND LINES INC.                                                         ECF CASE

                                                    Defendant.                      Docket No.:
------------------------------------------------------------------------X          07 CIV 6499

        Defendant, Greyhound Lines, Inc., petitioner for the removal of this action from the Supreme Court of the State of New York, County of New York, to the United States District Court, Southern District of New York, respectfully shows this Honorable Court:

        **FIRST:** Plaintiffs commenced an action against the above the named Defendant in a Civil Action brought against it in the Supreme Court of the State of New York, County of New York, entitled:

        **SUPREME COURT OF THE STATE OF NEW YORK**
        **COUNTY OF NEW YORK**
------------------------------------------------------------------------X
        ZHE YANG
                                                    Plaintiff(s),
        -against-
                                                                                                   **INDEX NO.:**
                                                                                                   **601916/07**
        **GREYHOUND LINES INC.,**
                                                    **Defendants.**
------------------------------------------------------------------------X

        A copy of the Summons and Complaint in this action is annexed hereto as **Exhibit "A"** and made a part hereof and upon information and belief, constitute all process, pleadings and orders allegedly served upon any party in this action.

**SECOND:** Upon information and belief, Defendant Greyhound Lines Inc. was served with process on or around June 18TH, 2007 through C T Corporation System, New York, New York.

**THIRD:** This is an action of civil nature in which the District Courts of the United States have been given original jurisdiction in that there exists diversity of citizenship between the plaintiffs and the defendants and the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs. Accordingly, there exists original jurisdiction in the District Courts of the United States as provided in 28 U.S.C. Section 1332.

**FOURTH:** Under the provisions of 28 U.S.C. Section 1441, the right exists to remove this Civil Action from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York, which embraces the place where this action is pending.

**FIFTH:** This action involves a controversy between citizens of different states. The plaintiff is now and was at commencement of the action a citizen and resident of the State of New York; the Defendant, Greyhound Lines, Inc. is currently and on the accident date a Texas Corporation, at all times having its principal place of business in Dallas, Texas and was incorporated in the State of Delaware.

**SIXTH:** In accordance with the requirements of 28 U.S.C. Section 1446 this Petition for Removal is filed within thirty (30) days after the service of the Summons and Complaint on the Defendant.

**SEVENTH:** Pursuant to the provisions of 28 U.S.C. Section 1446, Defendant attaches herewith and incorporates herein by reference copies of the following items served in this action:

a) Plaintiff's Summons and Complaint against defendants, for damages filed in the Supreme Court of the State of New York, County of Kings, bearing index number 14835/06 marked as **Exhibit "A"**.

**EIGHTH:** By reason of the foregoing, Defendant desires and is entitled to have this action removed from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York, such being the District where said suit is pending.

**NINTH:** Concurrent with the filing and service of this Petition for Removal, Defendant is serving this Petition for Removal upon the plaintiffs' attorney, and filing a copy of this Petition for Removal with the clerk of the Court for the Supreme Court of the State of New York, County of New York.

**WHEREFORE**, Defendant prays that the above entitled action now pending against it in the Supreme Court of the State of New York, County of New York, be removed therefrom that Court.

Dated: New York, New York
July 16, 2006

By: _____
BRIAN DONNELLY, ESQ. (BJD- 4759)
Ahmuty, Demers & McManus, Esqs.
Attorneys for Defendant, GREYHOUND LINES, INC.
123 William Street, 27th Floor
New York, New York 10038
(212) 513-7788
Our File No.: GRH0754N7BJD