# AHMUTY, DEMERS & MCMANUS

## ATTORNEYS AT LAW
## 200 I. U. WILLETS ROAD
## ALBERTSON, NEW YORK 11507

750 ROANOKE AVENUE
RIVERHEAD NEW YORK 11901
(631)727-2340

689 MAMARONECK AVENUE
MAMARONECK, NEW YORK 10543
(914) 835-5388

(516) 294-5433

FACSIMILE (516) 294-5387

123 WILLIAM STREET
NEW YORK, NEW YORK 10038
(212) 513-7788

65 MADISON AVENUE, SUITE 100
MORRISTOWN, NEW JERSEY 07960
(973) 993-1999

January 25, 2008

**VIA FACSIMILE: (212) 805-6326**

Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

  Re: Zhe Yang v. Greyhound Lines, Inc.
    Docket No. : 07 Civ. 6499 (CM) (DCF)
    Our File No. : GRH 0754N7 BJD

Dear Judge McMahon:

This office represents defendant Greyhound Lines, Inc, in the above-referenced matter.

The Court's chambers contacted us on January 23, 2008 to set up a conference call with the parties. We made multiple calls to plaintiff's counsel to set up same but plaintiff's counsel was non-responsive.

We await the Court's advice as to how this matter can be brought to a prompt conclusion.

Thank you for your attention to the foregoing and should you have any questions, please feel free to call me at (646) 536-5783.

Respectfully Submitted,

BRIAN J. DONNELLY
(646) 536-5783

BJD/CL

cc: The Law Firm of Jeffrey Lessoff
  350 Broadway, Suite 703
  New York, New York 10013
  Attn: Jeffrey Lessoff, Esq.
  VIA FACSIMILE (212) 226-4005

# AHMUTY, DEMERS & McMANUS

ATTORNEYS AT LAW

200 I. U. WILLETS ROAD

ALBERTSON, NEW YORK 11507

(516) 294-5433

FACSIMILE (516) 294-5387

750 ROANOKE AVENUE
RIVERHEAD NEW YORK 11901
(631)727-2340

689 MAMARONECK AVENUE
MAMARONECK, NEW YORK 10543
(914) 835-5388

123 WILLIAM STREET
NEW YORK, NEW YORK 10038
(212) 513-7788

65 MADISON AVENUE, SUITE 100
MORRISTOWN, NEW JERSEY 07960
(973) 993-1999

January 22, 2008

**VIA FACSIMILE: (212) 805-6326**

Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

    Re:    Zhe Yang v. Greyhound Lines, Inc.
            Docket No.    :    07 Civ. 6499 (CM) (DCF)
            Our File No.  :    GRH 0754N7 BJD

Dear Judge McMahon:

This office represents defendant Greyhound Lines, Inc. in the above-referenced matter.

Pursuant to a conversation with your Courtroom Deputy earlier this morning, I am writing to follow up in regards to the attached letter sent to the court dated December 18, 2007 concerning plaintiff's counsel's failure to provide closing papers.

We await the Court's advice as to how this matter can be brought to a prompt conclusion.

Thank you for your attention to the foregoing and should you have any questions, please feel free to call me at (646) 536-5783.

Respectfully Submitted,

BRIAN J. DONNELLY
(646) 536-5783

BJD/CL

cc:    The Law Firm of Jeffrey Lessoff
        350 Broadway, Suite 703
        New York, New York 10013
        Attn:   Jeffrey Lessoff, Esq.
        VIA FACSIMILE (212) 226-4005

# AHMUTY, DEMERS & MCMANUS
## ATTORNEYS AT LAW
### 200 I. U. WILLETS ROAD
### ALBERTSON, NEW YORK 11507

### (516) 294-5433
### FACSIMILE (516) 294-5387

750 ROANOKE AVENUE
RIVERHEAD NEW YORK 11901
(631)727-2340

689 MAMARONECK AVENUE
MAMARONECK, NEW YORK 10543
(914) 835-5388

123 WILLIAM STREET
NEW YORK, NEW YORK 10038
(212) 513-7788

65 MADISON AVENUE, SUITE 100
MORRISTOWN, NEW JERSEY 07960
(973) 993-1999

December 18, 2007

**VIA ECF**

Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

    Re:    Zhe Yang v. Greyhound Lines, Inc.
           Docket No.    :    07 Civ. 6499 (CM) (DCF)
           Our File No.  :    GRH 0754N7 BJD

Dear Judge McMahon:

This office represents defendant Greyhound Lines, Inc. in the above-referenced matter.

As the Court is aware, the above matter settled for $5,500. I sent the attached letter to plaintiff's counsel on November 12, 2007 confirming the settlement and requesting closing papers.

To date, I have not received the closing documents nor any word from plaintiff's counsel as to when they can be expected.

While I am reluctant to involve the Court in what should be a very simple matter, the history of this case suggests no other course of action.

I await the Court's advice as to how this matter can be brought to a prompt conclusion.

Thank you for your attention to the foregoing and should you have any questions, please feel free to call me at (646) 536-5783.

Respectfully Submitted,

BRIAN J. DONNELLY
(646) 536-5783

BJD/CL

# AHMUTY, DEMERS & MCMANUS

ATTORNEYS AT LAW
200 I. U. WILLETS ROAD
ALBERTSON, NEW YORK 11507

(516) 294-5433
FACSIMILE (516) 294-5387

750 ROANOKE AVENUE
RIVERHEAD NEW YORK 11901
(631) 727-2340

689 MAMARONECK AVENUE
MAMARONECK, NEW YORK 10543
(914) 835-5388

123 WILLIAM STREET
NEW YORK, NEW YORK 10038
(212) 513-7788

65 MADISON AVENUE, SUITE 100
MORRISTOWN, NEW JERSEY 07960
(973) 993-1999

November 12, 2007

**VIA FACSIMILE (212) 226-4005
& REGULAR MAIL**

The Law Firm of Jeffrey Lessoff
350 Broadway, Suite 703
New York, New York 10013
Attn:   Jeffrey Lessoff, Esq.

    Re:   Zhe Yang v. Greyhound Lines, Inc.
           Our File No.:  GRH 0754N7 BJD

Dear Mr. Lessoff:

Please allow this to confirm that the above matter is settled for the total sum of $5,500. Please forward an original general release and stipulation of discontinuance releasing Greyhound Lines, Inc. Please add to the face of the general release the following:

> "The plaintiff agrees to hold the defendants and their carriers harmless from any and all liens, known or unknown. Plaintiff further agrees to hold the defendants harmless from any and all bills for medical treatment whether they have been paid or remain unpaid".

In addition, I enclose herewith a Greyhound W-9 form. Please fill out same, sign and fax back to me at (212) 349-3257 along with a copy of this correspondence agreeing to the above settlement as soon as possible.

Very truly yours,


BRIAN J. DONNELLY
(646) 536-5783

BJD/kc

Encl.

Agreed to by: _____
                    The Law Firm of Jeffrey Lessoff