## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK  )
                            : SS.:
COUNTY OF NEW YORK )

CHRISTINE LOCKLIN, being duly sworn deposes and says that deponent is not a party to this action is over 18 years of age and resides in East Islip, New York.

That on the 24th day of March, 2008 deponent serve the within NOTICE OF MOTION, AFFIDAVIT and MEMORANDUM OF LAW upon:

THE LAW FIRM OF JEFFREY LESSOFF
Attorneys For Plaintiff
ZHE YANG
350 Broadway, Suite 703
New York, New York 10013
(212) 219-9257

the attorneys for the respective party, hereto at the address designated by them for that purpose, by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

CHRISTINE LOCKLIN

SWORN BEFORE ME THIS
24th DAY OF MARCH, 2008.

CYNTHIA M. LORENZO
Notary Public, State of New York
No. 01LO5058884
Qualified in New York County
Commission Expires April 15, 2010