20/2007 TUE 14.25  FAX                                                    ☎006/010

COUNTY CLERK'S OFFICE

JUN - 7 2008

NOT COMPARED
WITH COPY FILE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------X
ZHE YANG,                                    · Plaintiff designates
                                               County as the
                                               Place of trial
              Plaintiff(s),                    The basis of the venue
                                               is Plaintiff Residence

-against-

GREYHOUND LINES, INC.,

                                         Index #601916/07
                                         Purchased: June 7,07
                                         S U M M O N S

                                         Plaintiff resides at
                                         111 McDougal Street


                                         County of NY

                              Defendant(s)
------------------------------X
To the above named Defendant(s)

     **YOU ARE HEREBY SUMMONED TO ANSWER THE COMPLAINT** in this
action and to serve a copy of your answer ,or, if the
complaint is not served with this summons ,to serve a notice
of appearance ,on the Plaintiff's Attorney(s) within 20 days
after the service of this summons ,exclusive of the day of
service (or within 30 days after the service is complete if
this summons is not personally delivered to you within the
State of New York); and in case of your failure to appear or
answer ,judgement will be taken against you by default for the
relief demanded in the complaint.

Dated:6-5-07

Defendant(s) address:625 Eighth Avenue, New York,NY


**The LAW FIRM OF JEFFREY LESSOFF**
Attorneys for Plaintiff
350 Broadway Suite 703
New York, New York 10013
212-219-9257

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------X
ZHE YANG,
                    Plaintiff(s),              Index # 601916/07
                                               Purchased: June.07,07
-against-
                                               VERIFIED   COMPLAINT

GREYHOUND LINES,INC.,
                    Defendant(s),                    NEW YORK
                                               COUNTY CLERK'S OFFICE

-------------------------------------X                JUN - 7 2008

                                               NOT COMPARED
                                               WITH COPY FILE
          Plaintiff(s), complaining of Defendant(s), by

**THE  LAW  OFFICE  OF  JEFFREY  LESSOFF** , respectfully show

the court and allege as follows upon information and belief:


## AS AND FOR A FIRST CAUSE OF ACTION IN NEGLIGENCE


1.The defendant  ,GREYHOUND LINES,INC.,was and still remains a

domestic corporation duly organized and existing under the laws of the

State of New York.


2.The defendant , was and still remains a foreign corporation, duly

organized and existing by virtue of one of the laws of United States.


3. The plaintiff was and still is a resident of the City and State of New

York, County of New York.

4. On June 12, 2007   , while the plaintiff was lawfully and properly upon the defendants premises as a bus passenger and more particularly at the Detroit Greyhound terminal, Detroit, Michigan, the plaintiff was injured.

5. That the plaintiff was seriously and severely injured.

6. The defendant was and is the owner of the Detroit Bus Terminal State of Michigan.

7. That the defendants hired agents, servants and employees at said location.

8. That the defendants, agents, servants and employees were responsible for the plaintiff's injuries.

9. That the defendants owed the plaintiff the duty of reasonable care and a higher duty of care because they are a common carrier.

10. That the defendants breached both duties.

11. That the defendants , its servants, agents and or employees were negligent, reckless and careless .

12. This case fall within one or more of the exceptions in CPLR 1602.

13. That as a result of the aforementioned the plaintiff suffered permanent injuries all to the plaintiff's damage in the sum of Five Million Dollars ( $5,000,000.00).

WHEREFORE, plaintiff demands judgement against the defendant(s)in the First Cause of Action in the sum of Five Million Dollars ( $5,000,000.00); together with the costs and disbursements of this action.

Dated: New York, New York
        June 5,2007
                        Yours, etc

**THE LAW OFFICE OF JEFFREY LESSOFF**
Attorneys for Plaintiff(s)
350 Broadway  Suite #703
New York, New York  10013
212-219-9257

06/26/2007 TUE 14:25  FAX                                                    @010/010

## A T T O R N E Y ' S   A F F I R M A T I O N

The undersigned is an attorney admitted to practice in the Courts of the State of New York; is the attorney of record for the Plaintiffs in the within action; has read the forgoing SUMMONS & COMPLAINT and knows the contents thereof; the same is true to affirmants own knowledge , except as to those matters said to be upon information and belief and as to those matters, affirmant believes it to be true. This verification is made by affirmant and not by plaintiff because plaintiff resides in a County other than where your affirmant  maintains  his offices.

The grounds of affirmant's belief as to matters not stated upon affirmant's own knowledge are as follows: Books,records, interviews and documents contained in the file.

Dated: New York, New York
       June 5,2007

JEFFREY L. LESSOFF