JS 44C/SDNY
REV. 12/2005

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS  ZHE YNAG

DEFENDANTS  GREYHOUND LINES, INC.

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
Law Firm of Jeffrey Lessoff, 350 Broadway, Ste. 703,
New York, NY  10013 (212) 219-9257

ATTORNEYS (IF KNOWN)
Ahmuty, Demers & McManus, Esqs., 123 William Street,
New York, NY  10038  (212) 513-7788

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
28 U.S.C. 1332 - personal injuries as a result of plaintiff's altercation with defendant's employees while boarding bus.

Has this or a similar case been previously filed in SDNY at any time?  No [X]  Yes? [ ]  Judge Previously Assigned _____

If yes, was this case  Vol. [ ]  Invol. [ ]  Dismissed.  No [ ]  Yes [ ]   If yes, give date _____ & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)  NATURE OF SUIT

ACTIONS UNDER STATUTES

**TORTS**

**CONTRACT**
- [ ] 110 INSURANCE
- [ ] 120 MARINE
- [ ] 130 MILLER ACT
- [ ] 140 NEGOTIABLE INSTRUMENT
- [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 151 MEDICARE ACT
- [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
- [ ] 160 STOCKHOLDERS SUITS
- [ ] 190 OTHER CONTRACT
- [ ] 195 CONTRACT PRODUCT LIABILITY
- [ ] 196 FRANCHISE

**PERSONAL INJURY**
- [ ] 310 AIRPLANE
- [ ] 315 AIRPLANE PRODUCT LIABILITY
- [ ] 320 ASSAULT, LIBEL & SLANDER
- [ ] 330 FEDERAL EMPLOYERS' LIABILITY
- [ ] 340 MARINE
- [ ] 345 MARINE PRODUCT LIABILITY
- [ ] 350 MOTOR VEHICLE
- [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
- [x] 360 OTHER PERSONAL INJURY

**PERSONAL INJURY**
- [ ] 362 PERSONAL INJURY - MED MALPRACTICE
- [ ] 365 PERSONAL INJURY PRODUCT LIABILITY
- [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
- [ ] 370 OTHER FRAUD
- [ ] 371 TRUTH IN LENDING
- [ ] 380 OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**FORFEITURE/PENALTY**
- [ ] 610 AGRICULTURE
- [ ] 620 FOOD & DRUG
- [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 630 LIQUOR LAWS
- [ ] 640 RR & TRUCK
- [ ] 650 AIRLINE REGS
- [ ] 660 OCCUPATIONAL SAFETY/HEALTH
- [ ] 690 OTHER

**LABOR**
- [ ] 710 FAIR LABOR STANDARDS ACT
- [ ] 720 LABOR/MGMT RELATIONS
- [ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
- [ ] 740 RAILWAY LABOR ACT
- [ ] 790 OTHER LABOR LITIGATION
- [ ] 791 EMPL RET INC SECURITY ACT

**BANKRUPTCY**
- [ ] 422 APPEAL 28 USC 158
- [ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 COPYRIGHTS
- [ ] 830 PATENT
- [ ] 840 TRADEMARK

**SOCIAL SECURITY**
- [ ] 861 MIA (1395FF)
- [ ] 862 BLACK LUNG (923)
- [ ] 863 DIWC (405(g))
- [ ] 863 DIWW (405(g))
- [ ] 864 SSID TITLE XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 TAXES
- [ ] 871 IRS-THIRD PARTY 20 USC 7609

**OTHER STATUTES**
- [ ] 400 STATE REAPPORTIONMENT
- [ ] 410 ANTITRUST
- [ ] 430 BANKS & BANKING
- [ ] 450 COMMERCE/ICC RATES/ETC
- [ ] 460 DEPORTATION
- [ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
- [ ] 480 CONSUMER CREDIT
- [ ] 490 CABLE/SATELLITE TV
- [ ] 810 SELECTIVE SERVICE
- [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
- [ ] 875 CUSTOMER CHALLENGE 12 USC 3410
- [ ] 891 AGRICULTURE ACTS
- [ ] 892 ECONOMIC STABILIZATION ACT
- [ ] 893 ENVIRONMENTAL MATTERS
- [ ] 894 ENERGY ALLOCATION ACT
- [ ] 895 FREEDOM OF INFORMATION ACT
- [ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
- [ ] 950 CONSTITUTIONALITY OF STATE STATUTES
- [ ] 890 OTHER STATUTORY ACTIONS

**REAL PROPERTY**
- [ ] 210 LAND CONDEMNATION
- [ ] 220 FORECLOSURE
- [ ] 230 RENT LEASE & EJECTMENT
- [ ] 240 TORTS TO LAND
- [ ] 246 TORT PRODUCT LIABILITY
- [ ] 290 ALL OTHER REAL PROPERTY

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
- [ ] 441 VOTING
- [ ] 442 EMPLOYMENT
- [ ] 443 HOUSING ACCOMMODATIONS
- [ ] 444 WELFARE
- [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
- [ ] 446 AMERICANS WITH DISABILITIES -OTHER
- [ ] 440 OTHER CIVIL RIGHTS

**PRISONER PETITIONS**
- [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
- [ ] 530 HABEAS CORPUS
- [ ] 535 DEATH PENALTY
- [ ] 540 MANDAMUS & OTHER
- [ ] 550 CIVIL RIGHTS
- [ ] 555 PRISON CONDITION

Check if demanded in complaint:

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____  OTHER _____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES  [X] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

JUDGE _____ DOCKET NUMBER_____

NOTE:  Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

(PLACE AN x IN ONE BOX ONLY) **ORIGIN**

- [ ] 1 Original Proceeding
- [x] 2a. Removed from State Court
- [ ] 2b. Removed from State Court AND at least one party is a pro se litigant
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judge Judgment

(PLACE AN x IN ONE BOX ONLY) **BASIS OF JURISDICTION**    IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1332, 1441)

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [x] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**
(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [x] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [x] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Zhe Yang
111 McDougal Street, #10
New York, New York  10012
New York County, NY

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Greyhound Lines, Inc.
15110 Dallas Parkway, 5th Floor
Dallas, Texas 75248
Dallas County, TX

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:  THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [x] FOLEY SQUARE
(DO NOT check either box if this a PRISONER PETITION.)

DATE  July 16, 2007
SIGNATURE OF ATTORNEY OF RECORD
RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. 02  Yr. 1989 )
Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZHE YANG,

                        Plaintiff(s),

-against-

GREYHOUND LINES INC.

                        Defendant.
------------------------------------------------------------X

**JUDGE McMAHON**

STATEMENT PURSUANT TO RULE 7.1

Jury Trial Demanded

07 CIV 6499

Pursuant to Rule 7.1 of the Local Rules of the United States District Court, Southern District of New York and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, GREYHOUND LINES, INC., a private non-governmental party, certifies the following are corporate parents, subsidiaries, and/or affiliates of said parties which are publicly held:

Laidlaw Transportation Holdings, Inc.
American Bus Sales Associates, Inc.
Americanos U.S.A., L.L.C.
Autobuses Americanos, S.A. de C.V.
Autobuses Amigos, L.L.C.
Autobuses Amigos, S.A. de C.V.
Autobuses Crucero, S.A. de C.V.
Gateway Ticketing Systems, Inc.
Gonzalez, Inc. d/b/a Golden State Transportation
Greyhound Transit Ltd.
Omnibus Americanos, S.A. de C.V.
Transportation Realty Income Partners, L.P.
Union Bus Station of Oklahoma City, Oklahoma
Wilmington United Bus Station Corporation

Dated: New York, New York
       July 16, 2006

By: _____
BRIAN DONNELLY, ESQ. (BJD- 4759)
Ahmuty, Demers & McManus, Esqs.
Attorneys for Defendants, GREYHOUND LINES, INC.
123 William Street, 27th Floor
New York, New York 10038
(212) 513-7788
Our File No.: GRH 0754N7 BJD

[Stamp: RECEIVED JUL 18 2007 U.S.D.C. S.D.N.Y. CASHIERS]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ZHE YANG,                                                                    PETITION
                                                                                       FOR REMOVAL
                                              Plaintiff(s),
        -against-
                                                                                       Jury Trial Demanded
GREYHOUND LINES INC.                                                  ECF CASE

                                              Defendant.            Docket No.:
------------------------------------------------------------------X  07 CIV 6499

      Defendant, Greyhound Lines, Inc., petitioner for the removal of this action from the Supreme Court of the State of New York, County of New York, to the United States District Court, Southern District of New York, respectfully shows this Honorable Court:

      **FIRST:** Plaintiffs commenced an action against the above the named Defendant in a Civil Action brought against it in the Supreme Court of the State of New York, County of New York, entitled:

**SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK**
------------------------------------------------------------------X
ZHE YANG
                                              **Plaintiff(s),**
        -against-
                                                                            **INDEX NO.:**
                                                                            **601916/07**
**GREYHOUND LINES INC.,**
                                              **Defendants.**
------------------------------------------------------------------X

      A copy of the Summons and Complaint in this action is annexed hereto as **Exhibit "A"** and made a part hereof and upon information and belief, constitute all process, pleadings and orders allegedly served upon any party in this action.

**SECOND:** Upon information and belief, Defendant Greyhound Lines Inc. was served with process on or around June 18TH, 2007 through C T Corporation System, New York, New York.

**THIRD:** This is an action of civil nature in which the District Courts of the United States have been given original jurisdiction in that there exists diversity of citizenship between the plaintiffs and the defendants and the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs. Accordingly, there exists original jurisdiction in the District Courts of the United States as provided in 28 U.S.C. Section 1332.

**FOURTH:** Under the provisions of 28 U.S.C. Section 1441, the right exists to remove this Civil Action from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York, which embraces the place where this action is pending.

**FIFTH:** This action involves a controversy between citizens of different states. The plaintiff is now and was at commencement of the action a citizen and resident of the State of New York; the Defendant, Greyhound Lines, Inc. is currently and on the accident date a Texas Corporation, at all times having its principal place of business in Dallas, Texas and was incorporated in the State of Delaware.

**SIXTH:** In accordance with the requirements of 28 U.S.C. Section 1446 this Petition for Removal is filed within thirty (30) days after the service of the Summons and Complaint on the Defendant.

**SEVENTH:** Pursuant to the provisions of 28 U.S.C. Section 1446, Defendant attaches herewith and incorporates herein by reference copies of the following items served in this action:

a) Plaintiff's Summons and Complaint against defendants, for damages filed in the Supreme Court of the State of New York, County of Kings, bearing index number 14835/06 marked as **Exhibit "A"**.

**EIGHTH:** By reason of the foregoing, Defendant desires and is entitled to have this action removed from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York, such being the District where said suit is pending.

**NINTH:** Concurrent with the filing and service of this Petition for Removal, Defendant is serving this Petition for Removal upon the plaintiffs' attorney, and filing a copy of this Petition for Removal with the clerk of the Court for the Supreme Court of the State of New York, County of New York.

**WHEREFORE**, Defendant prays that the above entitled action now pending against it in the Supreme Court of the State of New York, County of New York, be removed therefrom that Court.

Dated: New York, New York
July 16, 2006

By: _____
BRIAN DONNELLY, ESQ. (BJD- 4759)
Ahmuty, Demers & McManus, Esqs.
Attorneys for Defendant, GREYHOUND LINES, INC.
123 William Street, 27th Floor
New York, New York 10038
(212) 513-7788
Our File No.: GRH0754N7BJD