**AHMUTY, DEMERS & MCMANUS**

ATTORNEYS AT LAW
200 I. U. WILLETS ROAD
ALBERTSON, NEW YORK 11507

(516) 294-5433
FACSIMILE (516) 294-5387

750 ROANOKE AVENUE
RIVERHEAD NEW YORK 11901
(631)727-2340

689 MAMARONECK AVENUE
MAMARONECK, NEW YORK 10543
(914) 835-5388

123 WILLIAM STREET
NEW YORK, NEW YORK 10038
(212) 513-7788

65 MADISON AVENUE, SUITE 100
MORRISTOWN, NEW JERSEY 07960
(973) 993-1999

April 29, 2008

Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

    Re:    Zhe Yang v. Greyhound Lines, Inc.
           Docket No.  :    07 Civ. 6499 (CM) (DCF)
           Our File No.  :    GRH 0754N7 BJD

Dear Judge McMahon:

This office represents defendant Greyhound Lines, Inc. in the above-referenced matter.

As the Court is aware, the above matter settled for $5,500.00 on or about November 12, 2007. As this Court is also aware, on or about March 21, 2008 this office was compelled to file a motion to dismiss the instant action based on plaintiff's failure to prosecute the action. Specifically, plaintiff has neither provided the closing papers in connection with the above mentioned settlement agreement, nor has plaintiff complied with the Court's Case Management Plan dated October 26, 2007.

Attached hereto for the Court's convenience is an Affidavit of Service proving service of defendant's motion papers on plaintiff's counsel on March 24, 2008. To date this office has not received opposition to our motion. I therefore respectfully request that this Court grant our motion in it's entirety, dismissing the action against defendant Greyhound Lines, Inc. and imposing sanctions on plaintiff and plaintiff's counsel including, but not limited to directing plaintiff and/or plaintiff's counsel to pay the expenses and attorneys fees Defendant has incurred as a result of plaintiff's failure to prosecute this action.

We await the Court's response.

Thank you for your attention to the foregoing and should you have any questions, please feel free to call me at (646) 536-5737.

Respectfully Submitted,

*[signature]*

ERIN D. ROACH
(646) 536-5737

EDR
Enclosure

cc: The Law Firm of Jeffrey Lessoff
350 Broadway, Suite 703
New York, New York 10013
Attn: Jeffrey Lessoff, Esq.
VIA FACSIMILE (212) 226-4005