## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
: SS.:
COUNTY OF NEW YORK )

**GRACE ANDINO**, being duly sworn deposes and says that deponent is not a party to this action is over 18 years of age and resides in Staten Island, New York.

That on the 18th day of July, 2008 deponent serve the within **ORDER WITH NOTICE OF ENTRY** upon:

THE LAW FIRM OF JEFFREY LESSOFF
Attorneys For Plaintiff
**ZHE YANG**
350 Broadway, Suite 703
New York, New York 10013
(212) 219-9257

the attorneys for the respective party, hereto at the address designated by them for that purpose, by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                                         **GRACE ANDINO**

Sworn Before Me This
_____ Day Of July, 2008.

_____